## (May 13, 1940.)

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JAMES EMERSON HALL, Appellant.— Motion to appeal on typewritten record granted. Case to be argued at September, 1940, Order and General Term Calendar. Present — Hill, P. J., Crapser, Bliss, Heffernan and Schenck, JJ.

In the Matter of the Application of NEW YORK STATE GUERNSEY BREEDERS' CO-OPERATIVE, INC., for an Order, under Article 78 of the Civil Practice Act, against HOLTON V. NOYES, Commissioner of Agriculture and Markets of the State of New York, Respondent.— Motion of Buffalo Milk Producers Co-operative Association, Inc., and Hugh Scott to intervene, granted. Motion of Metropolitan Co-operative Milk Producers' Bargaining Agency, Inc., to file brief *amicus curiæ*, granted. Present — Hill, P. J., Crapser, Bliss, Heffernan and Schenck, JJ.

NATHAN RUBIN, Appellant, Respondent, v. DAIRYMEN'S LEAGUE CO-OPERATIVE ASSOCIATION, INC., Respondent, Appellant.— Motion denied. Present — Hill, P. J., Crapser, Bliss, Heffernan and Schenck, JJ. [See *ante*, p. 23 and p. 857; *post*, p. 950.]

## (May 15, 1940.)

In the Matter of the Claim of WINIFRED SMITH, Respondent, against VAN DYKE TAXI COMPANY, Known as VAN DYKE TAXI & TRANSFER, INC., and NEW AMSTERDAM CASUALTY COMPANY, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion to prosecute appeal on typewritten record denied. Present — Hill, P. J., Crapser, Bliss, Heffernan and Schenck, JJ.

In the Matter of the Application of CITY BANK FARMERS TRUST COMPANY, as Trustee of a Trust for the Benefit of ANNA F. ERNST, under an Agreement with WOOD FOSDICK, Dated May 4, 1918, for an Order of Certiorari against MARK GRAVES and Others, as and Constituting the STATE TAX COMMISSION OF THE STATE OF NEW YORK.— Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Crapser, Bliss, Heffernan and Foster, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. MATTHEW NOLAN, Appellant, v. WILLIAM E. SNYDER, as Acting Warden of Clinton Prison, Dannemora, N. Y., Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Crapser, Bliss, Heffernan and Schenck, JJ.